IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01865-MSK-BNB

MARK LINKOVICH, individually and on behalf of similarly situated persons,

Plaintiff,

v.

CAPITAL PIZZA HUTS, INC.,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion for Leave to Substitute Consent Form** [docket no. 5, filed July 13, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the attached consent form is to be substituted.


DATED:  August 6, 2014